**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 25-2827-JFW(PVCx)**                                    Date:  June 2, 2025

Title:        Lorraine Perez -*v*- Nishta, LLC, et al.

---

**PRESENT:**
          **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

  **Shannon Reilly**                                        **None Present**
  **Courtroom Deputy**                                   **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                          None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER STRIKING PLAINTIFF'S MOTION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES [filed 4/29/25; Docket No. 17]**


          Plaintiff Lorraine Perez's ("Plaintiff") Motion to Remand Action to the Superior Court of California for the County of Los Angeles, filed on April 29, 2025 (Docket No. 17), is **STRICKEN** for failure to comply with Local Rule 7-3, which requires the conference of counsel to take place at least seven days prior to the filing of the Motion, and paragraph 5(b) of the Court's Standing Order, which requires the Joint Statement to be filed not more than 2 days after the Local Rule 7-3 conference.  If Plaintiff wishes to re-file the Motion, the parties shall meet and confer in person or by video conference on or before June 9, 2025.  Within 3 days of the meet and confer, each party shall file a declaration setting forth the issues resolved at the conference and those issues that were not resolved with a detailed explanation of why those issues could not be resolved. If a Motion remains necessary, Plaintiff shall not file the Motion until 3 days after each party files the declaration required by this Order.

          IT IS SO ORDERED.

                                                                Initials of Deputy Clerk __sr_